IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT EARL RONE, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY M. RICH, *et al,* <br><br> Defendants. | CASE NUMBER: 1:22-cv-0509-TFM-N |

**PLAINTIFF'S MOTION FOR THE COURT TO ACCEPT LATE FILING CAUSED BY TECHNICAL DIFFICULTIES**

**COMES NOW** the Plaintiff, ROBERT EARL RONE, and submits this Motion in the above-styled matter, requesting that the Court accept his response to Defendants' motion to dismiss that was filed five (5) minutes late, and in support thereof states as follows:

1. Plaintiff's response to defendants' Motion to Dismiss of Defendants Ashley M. Rich and Amanda Herren (Doc. 35) and brief in support of said motion (Doc. 36), was due on June 16, 2023.

2. Plaintiff was finishing and preparing to file his response up until midnight on June 16, 2023.

3. Just before midnight, a powerful thunderstorm struck the Mobile, Alabama area and caused the power and internet at Plaintiff's office to go out multiple times for a few seconds at a time.

4. Plaintiff tried unsuccessfully to file his response prior to the midnight deadline.

5. At midnight on June 6, 2023, Plaintiff thought he successfully filed the response but soon realized he had only filed a one-page cover sheet of his Response. (Doc 40).

6. Plaintiff immediately filed the correct document at five (5) minutes after midnight. (Doc 41).

**WHEREFORE**, premises considered, Plaintiff prays the Honorable Court will accept, as timely filed, document 41, Plaintiff's Response to documents 35 and 36, Defendants Ashley M. Rich and Amanda Herren Motion to Dismiss and Brief in Support.

Respectfully submitted,

*/s/ Robert E. Rone*
***Pro se Attorney for Plaintiff***
ROBERT E. RONE (RONER4107)
3808 Moffett Road
Mobile, Alabama 36618
Telephone: 251-460-4405
Cellular: 251-605-4503
Facsimile: 251-460-4406
Email: *robertrone333@aol.com*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 17, 2023, electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and request the Court to serve the same electronically on the following:

Brad Alan Chynoweth / brad.chynoweth@alabamaag.gov
Asst Chief Deputy, Civil Division
ALABAMA ATTORNEY GENERAL'S OFFICE
501 Washington Avenue
Montgomery, Alabama 36130-0152
Counsel for Ashley Rich and Amanda Herren

Taylor Barr Johnson / tjohnson@burr.com
Catherine Simon Spann [ASB-6265-F42A] / cspann@burr.com
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Counsel for Alex Lott

Philip (Phil) G. Piggott [ASB-4379-P67P] / ppiggott@websterhenry.com
WEBSTER HENRY PC
Two Perimeter Park South, Suite 445 East
Birmingham, Alabama 36243
Counsel for Kiesha Pettwa

             */s/ Robert E. Rone*
             ROBERT E. RONE